| | |
|---|---|
| 1 | KING, HOLMES, PATERNO & SORIANO, LLP |
| | HOWARD E. KING, ESQ., STATE BAR NO. 77012 |
| 2 | JOHN G. SNOW, ESQ., STATE BAR NO. 280790 |
| | JSNOW@KHPSLAW.COM |
| 3 | 1900 AVENUE OF THE STARS, TWENTY-FIFTH FLOOR |
| | LOS ANGELES, CALIFORNIA 90067-4506 |
| 4 | TELEPHONE:   (310) 282-8989 |
| | FACSIMILE:   (310) 282-8903 |

Attorneys for Defendant BRIAN WARNER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ESMÉ BIANCO, | CASE NO. 2:21-CV-3677-FLA-MAR |
| Plaintiff, | **DEFENDANT BRIAN WARNER'S NOTICE OF MOTION AND MOTION TO DISMISS THE FIRST AND SECOND CAUSES OF ACTION IN PLAINTIFF ESMÉ BIANCO'S AMENDED COMPLAINT** |
| vs. | |
| BRIAN WARNER a/k/a MARILYN MANSON, individually; MARILYN MANSON RECORDS, INC., | |
| Defendants. | *Memorandum of Points and Authorities, Request for Judicial Notice, Declaration of Howard E. King, and Proposed Order filed concurrently* |
| | Date:   August 27, 2021 |
| | Time:   1:30 p.m. |
| | Crtrm.:   6B |
| | The Hon. Fernando L. Aenlle-Rocha |

3310.090/1712658.1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT on August 27, 2021, at 1:30 p.m., or as soon thereafter as this matter may be heard in the United States District Court for the Central District of California, 350 W. First Street, Courtroom 6B, Los Angeles, CA 90012, the Honorable Fernando L. Aenlle-Rocha presiding, Defendant Brian Warner ("Warner") will and hereby does move this Court to dismiss, pursuant to Federal Rule of Civil Procedure 12(b)(6), the first and second causes of action in the Amended Complaint of Plaintiff Esmé Bianco ("Plaintiff") because they are barred by the applicable the two-year statute of limitations.

This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, Request for Judicial Notice, and Declaration of Howard E. King, the related exhibits, all other papers and pleadings on file, and argument of counsel at any hearing of this motion.

Warner files this motion following a conference of counsel pursuant to Local Rule 7-3, which took place on July 15, 2021. The parties discussed Warner's intended motion and were unable to obviate the need for this motion.

DATED: July 28, 2021        KING, HOLMES, PATERNO & SORIANO, LLP

By: _____*/s/ Howard E. King*_____
HOWARD E. KING
Attorneys for BRIAN WARNER