| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br><br>Howard King/John Snow<br>King, Holmes, Paterno & Soriano, LLP<br>1900 Avenue of the Stars, 25th Floor, Los Angeles, CA 90067<br>Tel: (310) 282-8989<br><br><br>ATTORNEY(S) FOR:  Defendant Brian Warner | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESMÉ BIANCO,<br>                             Plaintiff(s),<br>v.<br>BRIAN WARNER a/k/a MARILYN MANSON;<br>MARILYN MANSON RECORDS, INC.<br>                             Defendant(s) | CASE NUMBER:<br>2:21-cv-3677-FLA-MAR<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for        DEFENDANT BRIAN WARNER
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| ESMÉ BIANCO | PLAINTIFF |
| BRIAN WARNER | DEFENDANT |
| MARILYN MANSON RECORDS, INC. | DEFENDANT |

July 29, 2021                                            /s/ Howard E. King
Date                                                        Signature

Attorney of record for (or name of party appearing in pro per):

BRIAN WARNER