Jay D. Ellwanger (CA Bar No. 217747)
jellwanger@equalrights.law
**ELLWANGER LAW LLLP**
8310-1 N. Capital of Texas Highway, Ste. 190
Austin, Texas 78731
(737) 808-2260
(737) 808-2262 (fax)
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESME BIANCO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BRIAN WARNER a/k/a MARILYN MANSON, individually, MARILYN MANSON RECORDS, INC.,<br><br>　　　　　Defendants. | **Case No. 2:21−cv−03677 FLA (MARx)**<br><br>**THIRD-PARTY WITNESS ASHLEY LINDSEY MORGAN SMITHLINE'S NOTICE OF MOTION AND OPPOSED MOTION TO MODIFY SUBPOENA**<br><br>*Memorandum in Support, Exhibit A, Exhibit B, Declaration of Jay D. Ellwanger, and Proposed Order filed concurrently*<br><br>Date: September 30, 2022<br>Time: 1:30PM<br>Crtrm: 6B<br><br>The Honorable Fernando L. Aenelle-Rocha<br><br>**(JURY TRIAL DEMANDED)** |

### THIRD PARTY WITNESS ASHLEY LINDSEY MORGAN SMITHLINE'S NOTICE OF MOTION AND OPPOSED MOTION TO MODIFY SUBPOENA

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT on September 30, 2022, at 1:30 p.m., or as soon thereafter as this matter may be heard in the United States District Court for the Central District of California, 350 W. First Street, Courtroom 6B, Los Angeles, CA 90012, the Honorable Fernando L. Aenlle-Rocha presiding, Ashley Lindsey Morgan Smithline ("Ms. Smithline") will and hereby does move this Court to modify the subpoena served on her pursuant to Federal Rule of Civil Procedure 45(d)(3) because the subpoena in its current form subjects Ms. Smithline to an undue burden. The subpoena in its current form has been filed concurrently as Exhibit A. In order to provide Ms. Smithline time to secure representation by new counsel, Ms. Smithline respectfully moves the Court to extend the date of her deposition by 90 days.

## **CONCLUSION**

For these reasons, Ms. Smithline asks this Court to grant her motion to modify the subpoena to provide her with enough time to secure representation by new counsel prior to the date of her deposition.

Dated: August 29, 2022                              Respectfully submitted

                                                     */s/ Jay D. Ellwanger*
                                                    Jay D. Ellwanger
                                                    California Bar No. 217747
                                                    **ELLWANGER LAW LLLP**
                                                    8310-1 N. Capital of Texas Hwy., Suite 190
                                                    Austin, Texas 78731
                                                    jellwanger@equalrights.law

Telephone: (737) 808-2260
Facsimile: (737) 808-2238

**COUNSEL FOR MS. SMITHLINE**

**CERTIFICATE OF CONFERENCE**

On August 29, 2022 I conferred multiple times via e-mail with counsel for Defendants. Howard King, lead counsel for Defendants, indicated that he opposed this motion, and requested that the emails containing our conference be filed as an attachment to this Motion. Those communications were filed concurrently with this Motion as Exhibit B.

*/s/ Jay D. Ellwanger*

**CERTIFICATE OF SERVICE**

I certify that the foregoing document was served on all counsel of record via ECF on August 29, 2022.

*/s/ Jay D. Ellwanger*