# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESME BIANCO<br><br>Plaintiff(s),<br><br>v.<br><br>BRIAN WARNER, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:21–cv–03677–FLA–MAR<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   __8/29/2022__

Document Number(s):   __48__

Title of Document(s):   __Notice of Motion and Motion to Quash Subpoena to Testify at a Deposition in a Civil Action__

**ERROR(S) WITH DOCUMENT:**

Hearing information is missing, incorrect, or not timely.

Other:

The Motion is noticed before the District Judge when it should be noticed before the Magistrate Judge. Pursuant to the Procedures and Schedules of Judge Fernando L. Aenlle–Rocha, all discovery motions are to be calendared before the Magistrate Judge whose initials appear in parentheses after the case number.

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: _August 30, 2022_     By:  _/s/ Evelyn Synagogue  Evelyn_Synagogue@cacd.uscourts.gov_
                                              Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(05/19) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS