UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.   2:21-cv-03677-FLA-MARx                                                  Date: **September 1, 2022**

Title   *Esme Bianco v. Brian Warner et al*

Present: The Honorable: MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

| ERICA BUSTOS | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: (In Chambers) MINUTE ORDER RE: MOTION TO QUASH SUBPOENA, DKT. 48**

Movant has filed a Motion to Quash Subpoena ("Motion"). ECF Docket No. ("Dkt.") 48. The Court **ORDERS** as follows:

1. Defendant shall file and serve an opposition, or notice of non-opposition, **on or before September 9, 2022**.

2. Movant may file a Reply no later than **September 16, 2022**.

**IT IS SO ORDERED.**

:
**Initials of Preparer**   eb