# EXHIBIT 1



Monica Hincken <mhincken@vkvlawyers.com>

## Re: Bianco v. Warner et al., No. 2:21-CV-3677
1 message

**Jay Ellwanger** <jellwanger@equalrights.law>   Tue, Sep 20, 2022 at 5:13 PM
To: Jackson Trugman <jtrugman@khpslaw.com>, James Vagnini <jvagnini@vkvlawyers.com>
Cc: "tanya@hadsellstormer.com" <tanya@hadsellstormer.com>, Sara Kane <skane@vkvlawyers.com>, Dan Stormer <dstormer@hadsellstormer.com>, Monica Hincken <mhincken@vkvlawyers.com>, Howard King <hking@khpslaw.com>, John Snow <JSnow@khpslaw.com>, Karen Sloane <ksloane@khpslaw.com>, Madison Chilton <Mchilton@equalrights.law>

Counsel,

We do not object to the three-day extension to respond.

Sincerely,

Jay

Get Outlook for iOS

---

**From:** Jackson Trugman <jtrugman@khpslaw.com>
**Sent:** Tuesday, September 20, 2022 1:14:20 PM
**To:** James Vagnini <jvagnini@vkvlawyers.com>
**Cc:** tanya@hadsellstormer.com <tanya@hadsellstormer.com>; Sara Kane <skane@vkvlawyers.com>; Dan Stormer <dstormer@hadsellstormer.com>; Monica Hincken <mhincken@vkvlawyers.com>; Howard King <hking@khpslaw.com>; John Snow <JSnow@khpslaw.com>; Karen Sloane <ksloane@khpslaw.com>; Jay Ellwanger <jellwanger@equalrights.law>; Madison Chilton <Mchilton@equalrights.law>
**Subject:** RE: Bianco v. Warner et al., No. 2:21-CV-3677


You have our position—there is no good cause, just more delay.  Your emails over the last two days continue to waste time that you and your California co-counsel could be using to comply with LR 37-2.1.  As it were, today was the duly-agreed upon deposition/document deadline that you unilaterally called off.


As it concerns Mr. Ellwanger and his client:  You ignored my question regarding sealing, so I must assume you do not intend to file publicly any matter that must be redacted, including those subjects you've discussed with him for which he obtained a sealing order (Dkt. 55).  Because you should be including our back-and-forth, I assume you are either only using the top few emails (9/13 and above), or otherwise will be filing a sealing application and sealed declaration ISO.

**Jackson S. Trugman, Esq.** | JTrugman@khpslaw.com
**King, Holmes, Paterno & Soriano, LLP**
direct: 310.282.8955

---

**From:** James Vagnini <jvagnini@vkvlawyers.com>
**Sent:** Tuesday, September 20, 2022 10:45 AM
**To:** Jackson Trugman <jtrugman@khpslaw.com>
**Cc:** tanya@hadsellstormer.com; Sara Kane <skane@vkvlawyers.com>; Dan Stormer <dstormer@hadsellstormer.com>; Monica Hincken <mhincken@vkvlawyers.com>; Howard King <hking@khpslaw.com>; John Snow <JSnow@khpslaw.com>; Karen Sloane <ksloane@khpslaw.com>; jellwanger@equalrights.law; Madison Chilton <Mchilton@equalrights.law>
**Subject:** Re: Bianco v. Warner et al., No. 2:21-CV-3677

You understand that we are asking you for three days, that's it, three days to respond to your motion. You are forcing us to stop and make a motion for more time, instead of allowing us to continue working on the papers that are simply not ready to be filed today. You are being completely unreasonable with a non-party when the majority of the caselaw supports your getting the information you seek from those who are actually parties to the action. We would be more than happy to forgo requesting more time, if you are willing to grant our request for same.

On Tue, Sep 20, 2022 at 1:00 PM Jackson Trugman <jtrugman@khpslaw.com> wrote:

> Yes, it is opposed. Now you are choosing to take the time to prepare and file an ex parte application rather then use that same time to finalize your portion of the Joint Stipulation. There is no good cause for any extension, let alone this last minute request—especially given the numerous delays as is reflected in the record.
>
> Ms. Walters is represented by five attorneys from two law firms. And, Ms. Walters has other lawyers at your California co-counsel (e.g., Dan Stormer) aside than the attorney who has been out for the "past few weeks" (reason still not disclosed).
>
> Moreover, you the other four lawyers knew she was out when you received our portion of the Joint Stipulation. Yet the first time you mentioned that fact was the day before you were to provide Ms. Walters' responses under L.R. 37-2.
>
> Please include this email in any application you file.
>
> **Regarding sealing**: Lastly, I don't see why you would, but to the extent you mention the subject matter of Ms. Bianco's sealed motion (Dkt. 56), **you must redact those portions of your application, and file an unredacted version under seal**. The Court has already granted Mr. Ellwanger's sealing request and ordered that related filings be sealed. Dkt. 55. If you intend to draft and file such portions publicly, please **immediately** let the parties know.
>
> **Jackson S. Trugman, Esq.** | JTrugman@khpslaw.com
> King, Holmes, Paterno & Soriano, LLP
> direct: 310.282.8955
>
> ---
>
> **From:** James Vagnini <jvagnini@vkvlawyers.com>
> **Sent:** Tuesday, September 20, 2022 9:47 AM
> **To:** Jackson Trugman <jtrugman@khpslaw.com>
> **Cc:** tanya@hadsellstormer.com; Sara Kane <skane@vkvlawyers.com>; Dan Stormer <dstormer@hadsellstormer.com>; Monica Hincken <mhincken@vkvlawyers.com>; Howard King <hking@khpslaw.com>; John Snow <JSnow@khpslaw.com>; Karen Sloane <ksloane@khpslaw.com>; jellwanger@equalrights.law; Madison Chilton <Mchilton@equalrights.law>
> **Subject:** Re: Bianco v. Warner et al., No. 2:21-CV-3677
>
> Jackson and Jay,
>
> We intend to file an ex parte application based on good cause to extend the time for Ms. Walters to submit her sections of the stipulation until this Friday. As outlined in our emails yesterday, our CA co-counsel has been out and did not return to the office until today. As you are aware, Ms. Walters is a non-party to the Bianco matter and as NY counsel, we cannot submit our response to you, or the Court, without her involvement, review and her firm's assistance in filing. As such, we require this additional time.

Do either of you object to this reasonable request?

James

On Mon, Sep 19, 2022 at 3:34 PM Jackson Trugman <jtrugman@khpslaw.com> wrote:

> James,
>
> If she's been out of the office for the "past few weeks," there's no reason why you and the three other lawyers copied on these emails from your side decided to wait until the last minute to ask for an extension. This is just another incident in a pattern of delay.
>
> We intend to proceed with the filing pursuant to L.R. 37-2, and will explain in our L.R. 37-2.4 declaration—by including these emails—that counsel for Ms. Walters "failed to provide the opposing party's portion of the joint stipulation in a timely manner under L.R. 37-2.2."
>
> Please let me know by <u>5 pm Pacific today</u> whether Ms. Walters will oppose our request to redact and seal those portions of the brief or emails (e.g., Exs. 3 and 4 I already sent) pertaining to the subject matter of Ms. Bianco's sealed filing, which you have previously discussed with Mr. Ellwanger. I am copying Mr. Ellwanger here, so in the event you choose to oppose, he will know.
>
> Regards,
>
> **Jackson S. Trugman, Esq.** | JTrugman@khpslaw.com
> **King, Holmes, Paterno & Soriano, LLP**
> direct: 310.282.8955
>
> ---
>
> **From:** James Vagnini <jvagnini@vkvlawyers.com>
> **Sent:** Monday, September 19, 2022 11:24 AM
> **To:** Jackson Trugman <jtrugman@khpslaw.com>
> **Cc:** tanya@hadsellstormer.com; Sara Kane <skane@vkvlawyers.com>; Dan Stormer <dstormer@hadsellstormer.com>; Monica Hincken <mhincken@vkvlawyers.com>; Howard King <hking@khpslaw.com>; John Snow <JSnow@khpslaw.com>; Karen Sloane <ksloane@khpslaw.com>; jellwanger@equalrights.law; Meghan Romere <mromere@equalrights.law>
> **Subject:** Re: Bianco v. Warner et al., No. 2:21-CV-3677
>
> Jackson,
>
> We request a brief extension on our submission to you until this Friday. Our California co-counsel has been out of the office for the past few weeks and she is returning this week. We cannot agree to submit anything until they have had the opportunity to review the stipulation and responses.
>
> Thank you.