# EXHIBIT 2

**Tanya Sukhija-Cohen**

| | |
|---|---|
| **From:** | Erica Bustos <erica_bustos@cacd.uscourts.gov> |
| **Sent:** | Wednesday, September 7, 2022 11:25 AM |
| **To:** | Jackson Trugman; James Vagnini |
| **Cc:** | Tanya Sukhija-Cohen; John Snow; Howard King; Sara Kane; Dan Stormer; Monica Hincken; jellwanger@equalrights.law |
| **Subject:** | RE: Bianco v. Warner et al., No. 2:21-CV-3677 |

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Judge Rocconi grants the parties leave to file a motion without a telephonic conference if the parties are unable to resolve this matter.

Thank you



ERICA BUSTOS
MAGISTRATE JUDGE COURTROOM DEPUTY
TO THE HONORABLE MARGO A. ROCCONI
UNITED STATES DISTRICT COURT
CALIFORNIA CENTRAL DISTRICT COURT
255 East Temple Street
Los Angeles, CA 90012-3332
Office: (213) 894-3589   Fax: (213) 894-3035
Email: erica_bustos@cacd.uscourts.gov