KING, HOLMES, PATERNO & SORIANO, LLP
HOWARD E. KING, ESQ., STATE BAR NO. 77012
JOHN G. SNOW, ESQ., STATE BAR NO. 280790
JACKSON S. TRUGMAN, ESQ., STATE BAR NO. 295145
JSNOW@KHPSLAW.COM
1900 AVENUE OF THE STARS, TWENTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90067-4506
TELEPHONE: (310) 282-8989
FACSIMILE:  (310) 282-8903

Attorneys for Defendant
BRIAN WARNER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ESMÉ BIANCO,<br><br>           Plaintiff,<br><br>      vs.<br><br>BRIAN WARNER a/k/a MARILYN MANSON, individually; MARILYN MANSON RECORDS, INC.,<br><br>           Defendants. | CASE NO. 2:21-CV-3677-FLA-MAR<br><br>**DEFENDANT BRIAN WARNER'S OPPOSITION TO ASHLEY WALTER'S *EX PARTE* APPLICATION**<br><br>The Hon. Margo A. Rocconi |

3310.090/1857702.1

## OPPOSITION

Nonparty Ashley Walters—who unilaterally called off her subpoenaed deposition without first securing a Court order or even filing a motion for protective order—is yet again resorting to self-help tactics to delay this proceeding. There is no good cause, and the application should be denied.

Ms. Walters is represented by five lawyers from two law firms. Two of those lawyers are her "California counsel." One of them, Ms. Sukhija-Cohen, has been out of the office for the "past few weeks." There is no indication the other "California counsel," Mr. Stormer, has been unavailable.

Yet, the day before Ms. Walter's portion of the Joint Stipulation regarding her violation of the subpoena was due back to Defendants pursuant to L.R. 37-2.2, her counsel asked for an extension, on the grounds that Ms. Sukhija-Cohen was returning on September 20, and although finished, Ms. Walters' responses to the Joint Stipulation needed to be "review[ed]" by Ms. Sukhija-Cohen before filing.

This was not good cause. There is no reason (and no reason has been provided) why any of the other four lawyers—including one "California counsel"—could not (and still cannot) comply with the deadline.

Instead of taking the time to finish their "review" of Ms. Walter's portions of the Joint Stipulation, Ms. Walters' counsel wasted time (1) emailing Defendants' counsel (on September 19 and 20), (2) emailing Courtroom Deputy Erica Bustos (on September 19), and (3) preparing the *ex parte* application. In fact, Ms. Sukhija-Cohen herself appears to have prepared and filed the *ex parte* application and declaration—instead of simply reviewing the already finished Joint Stipulation.

Unfortunately, as the Joint Stipulation will show, this is just another attempt to secure unilateral, unwarranted delays. Ms. Walters has, despite the Local Rules and the Federal Rules, secured for herself yet another delay—this time because the hearing can now no longer go forward on October 12. The application should be denied.

| | | | |
|---|---|---|---|
| 1 | DATED: | September 20, 2022 | KING, HOLMES, PATERNO & SORIANO, LLP |
| 2 | | | |
| 3 | | | |
| 4 | | | By: _____/s/ Howard E. King_____ |
| 5 | | | HOWARD E. KING |
| 6 | | | Attorneys for Defendant BRIAN WARNER |

# CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of September 2022, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system .

DATED:   September 20, 2022      KING, HOLMES, PATERNO & SORIANO, LLP


By:   */s/ Howard E. King*
          HOWARD E. KING
Attorneys for Defendant BRIAN WARNER