UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:21-cv-03677-FLA (MARx) | Date | September 26, 2022 |
|---|---|---|---|
| Title | Esme Bianco v. Brian Warner, et al | | |

| Present: The Honorable | FERNANDO L. AENLLE-ROCHA<br>UNITED STATES DISTRICT JUDGE |
|---|---|
| Twyla Freeman | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER RE: REFERRAL OF APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF THE JOINT STIPULATION REGARDING MOTION TO COMPEL COMPLIANCE (DKT. [63])**

Pursuant to the instruction of Judge Fernando L. Aenlle-Rocha, the Application for Leave to File Under Seal Portions of the Joint Stipulation Regarding Motion to Compel (Dkt. [63]) filed by Brian Warner, is referred to Magistrate Judge Margo A. Rocconi.

**CC: Magistrate Judge Margo A. Rocconi**

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | tf | | |