KING, HOLMES, PATERNO & SORIANO, LLP
HOWARD E. KING, ESQ., STATE BAR NO. 77012
JOHN G. SNOW, ESQ., STATE BAR NO. 280790
JACKSON S. TRUGMAN, ESQ., STATE BAR NO. 295145
JSNOW@KHPSLAW.COM
1900 AVENUE OF THE STARS, TWENTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90067-4506
TELEPHONE:  (310) 282-8989
FACSIMILE:  (310) 282-8903

Attorneys for Defendants
BRIAN WARNER and MARILYN
MANSON RECORDS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ESMÉ BIANCO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BRIAN WARNER a/k/a MARILYN MANSON, individually; MARILYN MANSON RECORDS, INC.,<br><br>　　　　Defendants. | CASE NO. 2:21-CV-3677-FLA-MAR<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO STAY PROCEEDINGS PURSUANT TO 18 U.S.C. § 1595(b)**<br><br>*Memorandum of Points and Authorities, Declarations of Howard E. King and Blair Berk, and Proposed Order filed concurrently*<br><br>Date:　January 13, 2023<br>Time:　1:30 p.m.<br>Crtrm.: 6B<br><br>The Hon. Fernando L. Aenlle-Rocha<br><br>SAC Filed:　May 12, 2022<br>Trial Date:　June 20, 2023 |

3310.090/1880274.1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT on January 13, 2023, at 1:30 p.m., or as soon thereafter as this matter may be heard in the United States District Court for the Central District of California, 350 W. First Street, Courtroom 6B, Los Angeles, CA 90012, the Honorable Fernando L. Aenlle-Rocha presiding, Defendants Brian Warner and Marilyn Manson Records, Inc. ("Defendants") will and hereby do move the Court for an order staying proceedings pursuant to 18 U.S.C. § 1595(b).

This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declarations of Howard E. King and Blair Berk filed concurrently, all other papers and pleadings on file, argument of counsel at any hearing of this motion, and any other evidence or arguments that the Court may consider.

Defendants file this motion following a conference of counsel pursuant to Local Rule 7-3, which took place on December 8, 2022. The parties discussed Defendants' intended motion and were unable to obviate the need for this motion.

DATED:   December 15, 2022          KING, HOLMES, PATERNO &
                                     SORIANO, LLP


                                     By:   /s/ Howard E. King
                                              HOWARD E. KING
                                     Attorneys for Defendants BRIAN WARNER
                                     and MARILYN MANSON RECORDS, INC.