KING, HOLMES, PATERNO & SORIANO, LLP
HOWARD E. KING, ESQ., STATE BAR NO. 77012
JOHN G. SNOW, ESQ., STATE BAR NO. 280790
JACKSON S. TRUGMAN, ESQ., STATE BAR NO. 295145
JSNOW@KHPSLAW.COM
1900 AVENUE OF THE STARS, TWENTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90067-4506
TELEPHONE: (310) 282-8989
FACSIMILE: (310) 282-8903

Attorneys for Defendant
BRIAN WARNER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ESMÉ BIANCO,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN WARNER a/k/a MARILYN MANSON, individually; MARILYN MANSON RECORDS, INC.,<br><br>Defendants. | CASE NO. 2:21-CV-3677-FLA-MAR<br><br>**DEFENDANT BRIAN WARNER'S NOTICE OF MOTION AND MOTION TO DISMISS THE FIFTH CAUSE OF ACTION IN PLAINTIFF ESMÉ BIANCO'S THIRD AMENDED COMPLAINT**<br><br>*Memorandum of Points and Authorities and Proposed Order filed concurrently*<br><br>Date: February 17, 2023<br>Time: 1:30 p.m.<br>Crtrm.: 6B<br><br>The Hon. Fernando L. Aenlle-Rocha |

3310.090/1888017.1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT on February 17, 2023, at 1:30 p.m., or as soon thereafter as this matter may be heard in the United States District Court for the Central District of California, 350 W. First Street, Courtroom 6B, Los Angeles, CA 90012, the Honorable Fernando L. Aenlle-Rocha presiding, Defendant Brian Warner ("Warner") will and hereby does move this Court to dismiss, pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6), the fifth cause of action in the Third Amended Complaint (Dkt. No. 107, the "TAC") of Plaintiff Esmé Bianco ("Plaintiff") because the TAC fails to state a claim for relief.

This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, all other papers and pleadings on file, and argument of counsel at any hearing of this motion.

Warner files this motion following a conference of counsel pursuant to Local Rule 7-3, which took place on January 9, 2023. The parties discussed Warner's intended motion and were unable to obviate the need for this motion.

DATED: January 17, 2023       KING, HOLMES, PATERNO & SORIANO, LLP

By: /s/ Howard E. King
 HOWARD E. KING
Attorneys for BRIAN WARNER