Jay D. Ellwanger (CA Bar No. 217747)
**ELLWANGER LAW LLLP**
8310-1 N. Capital of Texas Highway, Ste. 190
Austin, Texas 78731
jellwanger@equalrights.law
(737) 808-2260
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESMÉ BIANCO,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BRIAN WARNER a/k/a MARILYN MANSON, individually, MARILYN MANSON RECORDS, INC.,<br><br>　　　　　　Defendant. | Case No. 2:21−cv−03677 FLA (MARx)<br><br>**JOINT REPORT ON SETTLEMENT NEGOTIATIONS** |

Pursuant to the Court's December 7, 2021 Order/Referral to ADR (Dkt. 33), Plaintiff Esmé Bianco ("Plaintiff") and Defendants, Brian Warner a/k/a Marilyn Manson and Marilyn Manson Records, Inc., ("Defendants," collectively the "Parties"), submit this Joint Report on Settlement Negotiations and show the Court as follows:

The Parties participated in private mediation on January 17, 2023, before Linda E. Meyer.

1

As a result of the private mediation, the Parties have reached an agreement in principle to resolve the above-referenced litigation. The parties are finalizing the papers documenting their agreement and anticipate a dismissal being filed within 45 days.

Dated: January 24, 2023

ELLWANGER LAW LLLP

By: _____
JAY D. ELLWANGER
Attorneys for Plaintiff ESMÉ BIANCO

KING, HOLMES, PATERNO & SORIANO, LLP

By: ____/s/ Howard E. King____
HOWARD E. KING
Attorneys for Defendants BRIAN WARNER and MARILYN MANSON RECORDS, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of January, 2023, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

*/s/ Jay D. Ellwanger*
Jay D. Ellwanger